# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

BOBBY R. BAKER

v.

WARDEN PARKER, et al.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    04-1289-T/An

**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 05/23/05, this case is hereby DISMISSED for failure to exhaust administrative remedies. It is further CERTIFIED that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal by plaintiff is not taken in good faith and if the plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore v. Wigglesworth, 114 F.3d 601, 610-11 (6th Cir. 1997).

APPROVED:

JAMES D. TODD
UNITED STATES DISTRICT JUDGE


ROBERT R. Di TROLIO
CLERK

DATE    6/6/05

BY:    DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   06-06-05   .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:04-CV-01289 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

Bobby Baker
Riverbend Maximum Security Facility
#113354
7475 Cockrill Bend Blvd.
Nashville, TN 37243--047

Honorable James Todd
US DISTRICT COURT